**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Gail Albanese,

    Plaintiff

v.

Nancy A. Berryhill, Acting Commissioner of Social Security,

    Defendant

Case No.: 2:16-cv-02350-JAD-VCF

**Order Adopting Report and Recommendation, Granting and Denying Motions, and Dismissing Case**

[ECF Nos. 21, 22, 27]

    Gail Albanese appeals from the Commissioner's final decision denying Albanese disability insurance benefits. Albanese moved for reversal by summary judgment,[1] and the Commissioner cross-moved to affirm.[2] Magistrate Judge Cam Ferenbach recommends that Albanese's motion be granted, the Commissioner's cross-motion be denied, and this case be remanded to the administrative law judge for further proceedings.[3]

    The report and recommendation was entered June 12, 2017, making June 26, 2017, the deadline to file an objection. No party has filed an objection to the report and recommendation. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[4]

    Accordingly, with good cause appearing and no reason to delay, IT IS HEREBY ORDERED that Magistrate Judge Ferenbach's report and recommendation **[ECF No. 27] is ACCEPTED and ADOPTED**; Albanese's motion for summary judgment **[ECF No. 21] is GRANTED**; the

---

[1] ECF No. 21.

[2] ECF No. 22.

[3] ECF No. 27.

[4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Commissioner's cross-motion to affirm **[ECF No. 22] is DENIED**; and this matter **is REMANDED back to the administrative law judge** for further proceedings consistent with the Report and Recommendation. The Clerk of Court is directed to enter judgment accordingly and **CLOSE THIS CASE**.

DATED June 28, 2017.

_____
Jennifer A. Dorsey
United States District Judge