UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Gail Albanese,

    Plaintiff

v.

Nancy Berryhill, Acting Commissioner of Social Security,

    Defendant

Case No.: 2:16-cv-02350-JAD-VCF

**Order Granting Stipulation and Awarding Attorney Fees**

**[ECF No. 31]**

    Based on the parties' Stipulation and Proposed Order for Attorney's Fees and Costs,[1] and with good cause appearing, IT IS HEREBY ORDERED that the Stipulation **[ECF No. 31] is APPROVED**; Gail Albanese is awarded $6,000 in attorneys fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and the terms of the Stipulation.  The Commissioner is directed to send Albanese's attorney, Josephine Gerrard, $6,000, less any applicable processing fees as allowable by statute.  The Clerk of Court is directed to enter judgment accordingly.

    DATED July 28, 2017.

                                              _____
                                              Jennifer A. Dorsey
                                              United States District Judge

---

[1] ECF No. 31.