AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Gail Albanese,

Plaintiff,

V.

Social Security Commissioner,

Defendant.

**JUDGMENT IN A CIVIL CASE
FOR ATTORNEY'S FEES**

Case Number: 2:16-cv-02350-JAD-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that attorneys fees are awarded in favor of Plaintiff Gail Albanese and against Defendant the Commissioner in the amount of $6,000.00.

July 31, 2017

Date

/s/ Debra K. Kempi

Clerk



/s/ Monica Reyes

(By) Deputy Clerk