1  DAYLE ELIESON
   United States Attorney
2  District of Nevada

3  BEN A. PORTER
   Special Assistant United States Attorney
4  160 Spear Street, Suite 800
   San Francisco, California 94105
5  Telephone: (415) 977-8979
   Facsimile: (415) 744-0134
6  E-Mail: Ben.Porter@ssa.gov

7  Attorneys for Defendant

8

9

10
**UNITED STATES DISTRICT COURT**
11
**DISTRICT OF NEVADA**
12

13  GAIL ALBANESE,                              )
                                                ) Case No. 2:16-cv-02350-JAD-VCF
        Plaintiff,                              )
14                                              ) **AMENDED UNOPPOSED MOTION FOR**
        v.                                      ) **EXTENSION OF TIME**
15                                              ) (***FIRST REQUEST***)
    NANCY A. BERRYHILL,                         )
16  Acting Commissioner of Social Security,     )
                                                )
17      Defendant.                              )
                                                )

18

19
        Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant")
20
respectfully requests that the Court extend the time for Defendant to file her RESPONSE TO
21
PLAINTIFF'S COUNSEL'S MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b).
22
Defendant's response is presently due on September 20, 2018 (CR 34), and Defendant seeks to extend
23
the due date by fourteen (14) days to October 4, 2018. An extension of time is needed because
24
Defendant's counsel needs additional time to consult with the Defendant agency in order to verify and
25
document the amounts awarded to Plaintiff resulting from Court ordered remand, and to verify and
26

Amended Motion Extension Time - 2:16-cv-02350-JAD-VCF   -1-

document the amounts withheld by the Defednant agency for purposes of payment of 406(b) fees. This is Defendant's first request for an extension. The motion is made in good faith with no intention to unduly delay the proceedings.

Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on September 19, 2018.

Respectfully submitted this 19th day of September 2018.

DAYLE ELIESON
United States Attorney

*/s/ Ben A. Porter*
BEN A. PORTER
Special Assistant United States Attorney

OF COUNSEL:

DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

IT IS SO ORDERED:

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

DATED: 9-19-2018

**CERTIFICATE OF SERVICE**

I, Ben A. Porter, certify that the following individual was served with a copy of the **UNOPPOSED MOTION FOR EXTENSION OF TIME** on the date and via the method of service identified below:

**CM/ECF:**

JOSEPHINE M. GERRARD (CBN 313221)
Gerrard Law Offices
1791 Solano Avenue, Suite F01
Berkeley, California 94707
Tel (510) 838-0529
Fax (510) 280-1635
Email: jo@gerrardlawoffices.com

Dated this 19th day of September 2018.

*/s/ Ben A. Porter*
BEN A. PORTER
Special Assistant United States Attorney