# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Gail Albanese,

            Plaintiff,

v.

Social Security Commissioner,

            Defendant.

JUDGMENT IN A CIVIL CASE
FOR ATTORNEY'S FEES

Case Number: 2:16-cv-02350-JAD-VCF

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that attorneys fees are awarded in favor of plaintiff's counsel in the amount of $8,725, offset by a refund of the EAJA fees previously awarded.

7/10/2019
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk